IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CINEWORLD GROUP PLC, *et al.*,[1] | Chapter 11<br><br>Case No. 22-90168 (MI)<br><br>(Jointly Administered) |
| National CineMedia, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>Regal Cinemas, Inc.,<br><br>       Defendant. | Adv. Pro. No. 22-03307 |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

  Address of the clerk:

      Clerk, U.S. Bankruptcy Court
      515 Rusk
      Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs' attorney.

  Name and Address of Plaintiffs' Attorney:
      Eric M. English
      Porter Hedges LLP
      1000 Main Street, 36th Floor
      Houston, TX 77002
      (713) 226-6000
      eenglish@porterhedges.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                   *Nathan Ochsner, Clerk of Court*

Date: October 24, 2022

                   *s/ Antonio B. Banda*
                   *Signature of Clerk or Deputy Clerk*

**CERTIFICATE OF SERVICE**

I, <u>Eric M. English</u>, certify that service of this summons and a copy of the complaint was made <u>   10/24/2022   </u> (date) by:

☒     **Mail service**: Regular, first class United States mail and CM/RRR, postage fully pre-paid, addressed to:

        Regal Cinemas, Inc.
        c/o CT Corporation System, Registered Agent
        1999 Bryan St., Ste. 900
        Dallas, TX 75201-3136

☐     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  <u>10/24/2022</u>     Signature  <u>/s/ Eric M. English</u>

        Print Name:     Eric M. English

        Business Address:     Porter Hedges LLP
                                    1000 Main Street, 36th Floor
                                    Houston, TX 77002