United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 10, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>CINEWORLD GROUP PLC, *et al.*,[1] | Chapter 11<br><br>Case No. 22-90168 (MI)<br><br>(Jointly Administered) |
| National CineMedia, LLC,<br><br>               Plaintiff,<br><br>        v.<br><br>Regal Cinemas, Inc.,<br><br>               Defendant. | Adv. Pro. No. 22-03307 |

### ORDER GRANTING NATIONAL CINEMEDIA, LLC'S EMERGENCY MOTION FOR LEAVE TO FILE SUR-REPLY TO REGAL'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

### [Related to Adv. Pro. Docket No. 30]

Before this Court is *National CineMedia, LLC's Emergency Motion for Leave to File Sur-Reply to Regal's Reply in Support of Its Motion for Summary Judgment* (the "Motion for Leave") filed by Plaintiff and Counterclaim Defendant National CineMedia, LLC ("NCM"). Based on a review of the record as a whole, after due notice, and good cause appearing for the relief requested, the Court finds and concludes that the Motion for Leave should be GRANTED. **IT IS THEREFORE ORDERED THAT**:

1.      NCM shall have leave to file the sur-reply attached to the Motion for Leave; and

---

[1] A complete list of each of the Debtors in the above-captioned chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/cineworld. The location of Debtor Cineworld Group plc's principal place of business and the Debtors' service address in these chapter 11 cases is: 8th Floor Vantage London, Great West Road, Brentford, England, TW8 9AG, United Kingdom.

2.      Regal may respond to the Sur-Reply not later than 6:00 p.m. on April 12, 2023.


Signed:  April 10, 2023

                                        _____
                                                    Marvin Isgur
                                            United States Bankruptcy Judge